872

28172. WALKER *v.* THE STATE.

MacIntyre, J. This case is controlled adversely to the defendant by the companion case of *DeLoach* v. *State,* ante, 868. The judge did not err in refusing to vacate the verdict and judgment finding the defendant guilty of "carrying a deadly weapon at church."

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JULY 16, 1940.

*W. A. Dampier,* for plaintiff in error.
*Stanley A. Reese, solicitor,* contra.